389 A.2d 169

Commonwealth v. Harris, Appellant.

Submitted March 21, 1977. John J. Poserina, Jr., for appellant; Steven H. Goldblatt and Deborah E. Glass, Assistant District Attorneys, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

389 A.2d 169

Commonwealth v. Hartzell, Appellant.

Submitted December 6, 1976. Edwin P. Smith, and Dubyn & Smith, for appellant; No appearance entered nor brief submitted for Commonwealth, appellee.

OPINION PER CURIAM: The six Judges who heard this case being equally divided, the judgment of sentence is affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.